AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, fi    middle initial)*  MILLS, RICHARD H. | 2. Court or Organization  U.S. District Court  Central District of Illinois | 3. Date of Report  3-30-06 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  U.S. District Judge (Senior) | 5a.  Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial   **X** Annual  ___ Final  5b.  ___ Amended Report | 6. Reporting Period  1/1/05 - 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address  117 U.S. Courthouse  600 E. Monroe St.  Springfield, IL 62701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES - The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Member, Executive Board | Abraham Lincoln Council, Boy Scouts of America |
| 2 Member, Board of Trustees | ILLINOIS COLLEGE |
| 3 Member, Board of Directors | Abraham Lincoln Association |
| x4 Rector | Lincoln Academy of Illinois |
| 5 Member, Board of Directors | Prairie Education & Research Cooperative (Medical Research) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **X** NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | State of Illinois, Judicial Retirement System | $ 85,542.24 |
| 2 | Illinois Municipal Retirement Fund | $ 2,596.00 |
| 3 | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | Farming Operation (DeWitt County, Illinois) | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| June 9-12 - George Mason Univ. Judicial Seminar, LaJolla, CA | Transportation, lodging, food |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| The Sangamo Club Springfield, IL (a city club) | Honorary Membership (Initiation fee, $1250, and $50 @ mo. dues waived) | $ $ |
| Union League Club of Chicago | Judicial Privilege Membership (Initiation fee waived, $750) I pay monthly dues of $60.00 | $ $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |

*Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000 P3=$25,000,001-50,000,000 P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Mills, Richard H. | 3-30-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "X" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Farming Operation | E | INC | N | 8-18-97 W | Inherit | | | | DeWitt Co., IL See VIII ▓▓ |
| 2 IRA, Invesco | | None | J | T | | | | | ▓▓▓▓ |
| 3 Vanguard (Energy Fund) | A | DIV | J | T | | | | | ▓▓▓▓ |
| 4 IRA, Vanguard (Energy Fund) | | None | J | T | | | | | ▓▓▓▓ |
| 5 Intel Corp. | A | DIV | J | T | | | | | ▓▓▓▓ |
| 6 Home Seekers.com (formerly NDS Software) | | None | J | T | | | | | ▓▓▓▓ |
| 7 LSI Logic Corp. | | None | K | T | | | | | ▓▓▓▓ |
| 8 C.P. Pokphand Co. | | None | J | T | | | | | ▓▓▓▓ |
| 9 Hong Kong Telec | | None | J | T | | | | | ▓▓▓▓ |
| 10 Graphon Corp. | | None | J | T | | | | | ▓▓▓▓ |
| 11 Sun Microsys. | | None | J | T | | | | | ▓▓▓▓ |
| 12 Home Seekers (HMSK) | | None | J | T | | | | | (Same as #6) |
| 13 Deere & Co. Credit Union (CD) | A | DIV | J | T | | | | | ▓▓▓▓ |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes (See Col. B1 D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Codes (See Col. C1-D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | P4=More than $50,000,000 | | | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mills, Richard H. | 3-30-06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part III, B. and Part VII, line 1: "Farming Operation" inherited on 18 August 1997, under living trust and will; no probate required; appraisal is estimated. Retained for investment and income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ acceptance of gifts which have been reported are in compli▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ial Conference regulations.

Signa▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         Date    30 March 2006

NOT▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544